- 1 -

Your Name:       Shufen Ma

Address:          1068 Kains Ave Apt 5, Albany, CA 94706

Phone Number:   302-841-1757

Fax Number:      _____

E-mail Address:  Shufenma1@gmail.com

Pro Se Plaintiff

**FILED**

OCT 0 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

*JCS*

**C23-05060**

| | |
|---|---|
| Shufen Ma | Case Number  _[leave blank]_ |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| David Senn/San Francisco Estuary Institute | |
| | DEMAND FOR JURY TRIAL |
| | Yes ☒  No ☐ |
| Defendant. | |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name:        Shufen Ma

Address:      1068 Kains Ave Apt 5, Albany, CA 94706

Telephone:   302-841-1757

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

2.  Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:          David Senn/San Francisco Estuary Institute

Address:       4911 Central Ave, Richmond, CA 94804

Telephone:     510-746-7334

Name:          _____

Address:       _____

Telephone:     _____

Defendant 3:

Name:          _____

Address:       _____

Telephone:     _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

[*Which federal law or right is involved?*] Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act (ADEA), and Equal Pay Act (EPA) for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.      Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.      Because this lawsuit arose in Contra Costa County, it should be assigned to the San Francisco/Oakland Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

6.      My complaint is based on Title VII of the Civil Rights Act of 1964, the ADEA, and EPA about the defendant's repeated and intentional employment discrimination against my age, sex, race, and national origin to hire less qualified candidates since 2014. I am a 60 year old female immigrant from China. The defendant also stole my idea to hire a young female Caucasian to do project that I proposed to do voluntarily. His discrimination caused harm to me and the opportunity

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

for me to investigate water quality to prevent harmful algal blooms and fish kills in the San Francisco Estuary.

7.      In my scientific research career, I have investigated aquatic biogeochemistry (including sediments, water column) in freshwater systems, estuaries, marine, hydrothermal vents and acid mine drainage biofilms to understand the ecology (microbes, algae, fish, benthic organisms, and plants) and to solve important environmental problems. I have obtained extensive experience in the development and application of cutting edge voltammetric microelectrodes for the investigation of biogeochemical processes in situ in real time in various ecosystems to decipher the internal complexity of the environments. I have 16 peer-reviewed publications. This complaint is not only about illegal hiring practice but scientific truth and integrity as well. It is not only for my equal right but also for the protection of the ecosystems of the San Francisco Estuary.

8.      During my PhD research in the University of Delaware, I worked with Delaware's State officials and local environmental organizations to solve water quality problems such as nutrients overloading, harmful algal blooms and fish kills in the Delaware Inland Bays. By using in situ voltammetric microelectrodes I documented that seasonal anoxia occurs in the Delaware Inland Bays and found hydrogen sulfide produced during seasonal anoxia was the cause for fish kills in this area. At oxic/anoxic interfaces, I found that an iron/oxygen/sulfur catalytic cycle oxidizes hydrogen sulfide to harmless elemental sulfur in both Lake Wallenpaupack (PA) and DE Inland Bays waters. Seasonal anoxia also produced ammonia and phosphate from organic matter decomposition and iron hydroxide reduction in bottom sediments and waters, and then caused shifts of phytoplankton community structure by promoting frequent harmful algal blooms. Analysis of solid and pore-water concentrations of iron-sulfur-phosphorus monthly in the upper sediments in Rehoboth Bay, DE indicated that seasonal changes in sediment redox conditions and sulfide production controlled iron-

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

sulfur-phosphorus concentrations in the sediments, pore waters, and overlying water. The release of phosphate from anoxic and sulfidic sediments also enhanced the growth of benthic macroalgae.

9.      During my postdoctoral research in the University of Delaware, I investigated iron(manganese) cycling with voltammetric microelectrode at (sub)millimeter vertical resolution in Jug Bay freshwater wetlands (MD) to understand how plants and microorganisms interact to regulate iron cycling and methanogenesis. A classic diagenetic redox sequence without any dissolved sulfide was observed in vegetated soil in summer and fall. However, the rhizosphere was quite variable due to the introduction of oxygen to the anoxic sediments by plants. In non-vegetated soil, the vertical concentration-depth profiles were relatively constant. The presence of iorn(II), mananese(II) and soluble iron(III) in deeper sediments indicated the oxidation of iron(II) and non-reductive dissolution of iron(III) solids. Manganese(III, IV) also can oxidize iron(II) to supply iron(III) for bacterial iron(III) reduction. Studying iron and manganese cycling via in situ voltammetric microelectrode can give insights to methane production and loss.

10.      I took lead to determine dissolved oxygen, hydrogen sulfide, polysulfides, thiosulfate, iron sulfide, soluble iron(III), iron(II) and manganese(II) in situ to characterize the habitat chemistry in diffuse flow areas of hydrothermal vents at ~ 2500 meters depth at Lau Basin in the Pacific Ocean. Over ten thousand in situ measurements indicate that the diffuse flow fluid chemistry varied among sites and habitats. The variation of habitat chemistry affects the structure and distributions of biological communities as oxidized and reduced chemicals are the energy sources for chemoautotrophic organisms. Our data showed that chemical speciation affects hydrothermal vent ecology and biology.

11.      I was involved in our Delaware Bay observatory project, which we used our in situ analyzer and electrodes coupling with other commercial sensors to monitor water quality continuously on a mooring.

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

12. My postdoctoral research in the University of California, Berkeley focused on acid mine drainage biogeochemistry and modeling. By developing a voltammetric ultra microelectrode with 25 micrometer diameter gold wire, I measured chemical speciation in situ at micrometer scale across biofilm-solution interface to investigate how microbial community organization correlates with geochemical conditions in the Richmond Mine at Iron Mountain in Northern California. My results demonstrated that temporal and spatial heterogeneity in microbial species composition correlated with gradients in iron(II), iron(III), pH and dissolved oxygen. The patterns arise from a complex series of interactions and reflect ecological organization to maximize utilization of resources in this chemoautotrophically-based system. The presence of sulfite, thiosulfate and polysulfides implies that sulfur intermediate compounds are available for metabolism by sediment-associated bacteria and Archaea. Successful culture of the microbial consortium in lab bioreactors confirmed our hypothesis from field observations.

13. Overall, I believe that the research I have done has made significant contributions to our understanding of biogeochemistry in a variety of environments. I believe I have been the most qualified candidate for the Nutrients Project in San Francisco Estuary Institute.

14. From 2014 to 2021, I applied four times for the environmental scientist position at San Francisco Estuary Institute to investigate nutrients biogeochemistry but never got an interview. Even worse, the defendant stole my scientific research ideas for nutrients biogeochemistry that I emailed him and used them as his own project. He then hired a young female Caucasian to do what I proposed to do voluntarily.

15. In August 2014, when I learned that the defendant started the Nutrients Project, I emailed him for job opportunity. He replied shortly "You've done some really interesting work! I've personally (and professionally) always been interest in voltametric analysis and electrodes but never had the chance to work at the cutting edge. Some time in the next couple weeks we will be posting

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

an advertisement for a position working on coordinating moored sensor-related projects in the Bay. While your experience would certainly allow you to make substantial contributions, the bulk of our monitoring work would be using fairly basic/commercially-available sensor packages". "I'd be happy to talk some time to discuss potential opportunities and will also send you the advertisement when it's posted."

16.    In early January 2015, I saw the environmental scientist position advertisement on indeed.com so I went to talk to the defendant about the job opening because he emailed me that he'd be happy to talk to me about potential opportunities.  We had a conversation for more than an hour in his office. He talked about the Nutrient Project and said that nitrate present in the estuary was due to the lack of organic carbon source for denitrification. I instantly replied that I didn't think so. My research experiences in nutrient biogeochemistry told me that eutrophication has been s a very common problem in coastal waters of the United States. I explained why I should be the best candidate based on my research experience, but he indicated that he wanted a person to drive a boat to do field work.  I told him I still have a boat driving license. Eventually, the defendant said I should apply and asked me to copy my application to him. I applied but never got an interview opportunity. When I went to his office early April 2015, he told me that he had offered the position to someone, a young male Caucasian with a master's degree. I have multiple peer-reviewed publications and newspaper report to demonstrate that I have used cutting-edge technology to investigate water quality, nitrogen and phosphorus redox cycling in water column and sediments, harmful algal bloom and fish kill in lake and estuaries. I was more qualified for the position.

17.    In March 2016, after I read the defendant's 2015 Progress Report, I was certain that the San Francisco Estuary was not lack of organic matter as what the defendant said but rather that there were a lot of organic matter and when they decomposed at the bottom of the water column or sediments of the San Francisco Estuary, extra nutrients such as nitrate and phosphate were generated.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

When the water column overturned during windy weather, the extra nutrients released to the surface water and caused algal blooms. Hot weather condition also caused algal blooms. The defendant's report only showed data without reasoning because the defendant and the employee who did water samples analysis could not see the implications of their data. So, I emailed the defendant my analysis and recommended what should be done next. I indicated that their moored commercial dissolved oxygen sensor measured lowest dissolved oxygen at Alviso Slough. As the sensor was 0.5 meter above sediments, dissolved oxygen could be lower at deeper depth. As harmful algal blooms occur frequently in San Francisco Estuary, hypoxia and anoxia could occur in its bottom waters or sediments. The low-oxygen conditions in bottom waters and sediments could kill fish and seagrass, and degrade bivalve mollusks habitats; however, the ecological importance of hypoxia/anoxia and how it alters benthic community structure were not clearly understood because of the lack of detail on their actual occurrence and distribution. Oxygen minimum zone was also an important environment where nitrogen and phosphorus redox cycling occurs. So, I offered to volunteer to do in situ and lab incubation to study nitrogen and phosphorus cycling at water-sediment interface at North Bay delta and South Bay sloughs. I could try to borrow an electrochemical analyzer to determine the oxic /anoxic interface to investigate nitrogen cycling as well as phosphorus cycling coupled with iron and sulfur redox. Data from nitrogen and phosphorus cycling at the oxic/anoxic interface could serve as a complement to the biogeochemical model.

18.    The defendant thanked my ideas but refused my volunteering. He replied to me "Thanks for sending along your ideas. Interesting. Your study ideas about related to closely examining redox processes at the sediment:water interface are interesting. Unfortunately, even though I realize you have proposed volunteering, our program doesn't have the resources to support the sediment core sampling aspects of such a project, or the lab facilities to support the project."

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

19.     In June 2016, I saw an environmental scientist position advertisement on indeed.com so I emailed the defendant that I saw the ad and it matched my expertise. He said that I should apply as I saw fit. I applied for the position, but again didn't hear from him, never got an interview. They had three environmental scientists position advertisements in 2016, one for biogeochemist, two for data analysts. My expertise fit the biogeochemist position description very well. I have multiple peer-reviewed publications to show that I have investigated biological, chemical and physical processes simultaneously in lake and estuaries, such as the causes of low dissolved oxygen events and their impacts on resident fish and bottom-dwelling organisms; causes/effects of harmful algae and algal toxins on wildlife and humans; nutrient-related processes, including nutrient cycling, primary production, and oxygen consumption. The defendant hired two female Caucasian data scientists but cancelled the biogeochemist position that I applied.

20.     I haven't seen any environmental scientist position opening in the defendant's institute until January 2021. While I was browsing on sfei.org, I found a file by a young female Caucasian employee showing the preliminary data she got for denitrification. To my disbelieve, she was doing what I proposed to do voluntarily but was declined by the defendant! She certainly got all the resources she needed, such as sediment core sampling, lab facilities as well as several people helping her. I suspected that this was an irregular hiring because I didn't see job advertising on public job board. Just as the defendant always used an alibi that I didn't have data skills so that I was never qualified; however, data skill was not a required qualification for this employee's hiring. I was extremely hurt reading her document. If I were given the opportunity, I would have used the cutting-edge voltametric electrodes to determine oxic/anoxic interface in the estuary so the development of benthic hypoxia or anoxia would have been detected in time. My peer-reviewed publications indicate that phosphate generated during anoxia promotes Heterosigma akashiwo, which formed massive blooms in San Francisco Estuary in 2022 and 2023. Investigating phosphorus is very important

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

because it has been retained in the sediments due to iron-phosphorus-sulfur redox cycling as it was proved in my peer-reviewed publications. The defendant as a leading scientist has no scientific integrity. The hiring of this employee only demonstrates a white man's power and a white woman's privilege.

21.     At the same time in January 2021, I also saw a project manager and senior scientist position for the Nutrients Project announced on their website and applied. Because I felt I was discriminated so I emailed the defendant to remind him that my expertise was useful for the Nutrients Projects and asked him to support my application. I never got an interview. I am certain that this position was also an irregular hiring because I didn't see the advertisement on public job board, and this employee was already working with people in the defendant's institute before the hiring. The employee hired (who the defendant indicated a mixed-race female) may have management skills, but her work was focused on pesticides. It seems that this employee had only worked in the defendant's institute for one year from March 2021 to March 2022. I believe I was well qualified for the position because I have much more knowledge in nutrients biogeochemistry, harmful algal blooms, fish kills, benthic organisms' ecology, plant biogeochemistry, as well as cutting-edge technology. I had experience working with government officials, local environmental organizations, and the public. I have taken lead in several projects bringing about many peer-reviewed publications.

22.     I applied the fourth time for an environmental scientist position for sensor technology in October 2021 but still no interview. My voltammetric microelectrodes are the most important sensors for the Nutrients Project. But as usual, the alibi was I didn't have data skills. Another young male Caucasian was hired who studied bivalves. I have multiple peer-reviewed publications for bivalves' ecology and biogeochemistry in extreme environments with large data set. I also modeled chemical speciation consumption in acid mine drainage biofilms. As above mentioned, I have

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

extensive experience in water quality, harmful algal blooms, fish kills as well as cutting-edge technology and modeling. Therefore, I was more qualified for this position.

23.    Over the years, I have seen the water quality declining in the San Francisco Estuary. Not only harmful algal blooms occur commonly, but macro algal blooms have been present in surface waters year-round as well. Eutrophication has become more pronounced in our estuary. Oxygen is the most vital parameter to indicate ecosystem health. Benthic environments are also the critical zones for fish and shellfish. My voltammetric microelectrodes are the most powerful tools to detect the redox state in real time. I felt very sad that I was not given the opportunity to conduct my research to investigate the biogeochemical mechanism of the ecosystem.

24.    In 2022, extended period of harmful algal blooms occurred, and massive fish kills reported in multiple places in San Francisco Estuary. Hundreds of thousands of fish died including "an estimated 800 white sturgeon, or a significant portion of the population of fish, and 20 green sturgeon, which are under threatened status". White sturgeon can live 20 to 100 years in normal conditions. The status of benthic organisms such as clams and mussels were unknown. They might have already died off during the prolonged period of hypoxia or anoxia. The ecological and economic loss is immeasurable. This environmental disaster was not a one-time event due to multiyear draught but an indicator that the ecosystem has reached its tipping point due to decades' accumulation of contaminants which was already shown in the defendant's 2015 Progress Report. Unsurprising, even after many floods in late 2022 and early 2023, harmful algal blooms and fish kills occurred this summer. The death of large sturgeons indicated wide spread of hypoxia or anoxia in deep waters of the estuary in consecutive years. Seasonal hypoxia or anoxia has become a yearly phenomenon as it has been found in the Chesapeake Bay and the Gulf of Mexico.

25.    The defendant started the Nutrients Project about ten years ago. I have been the most qualified candidate for the Nutrients Project but repeatedly denied the opportunity to use the cutting-edge technology and my extensive experience in biogeochemistry to investigate the urgent problems facing the ecosystem. These cases of discrimination against me by the defendant were not isolated events but were intentional and related in the same pattern. I personally have suffered a great deal

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

professionally and financially due to the defendant's discrimination. However, seeing my beloved San Francisco Estuary suffering is unbearable to me.

## CLAIMS

### First Claim

(*Name the law or right violated*: Title VII of the Civil Rights Act of 1964, the ADEA, and EPA for employment discrimination)

(*Name the defendants who violated it*: David Senn/San Francisco Estuary Institute)

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

26.    Title VII of the Civil Rights Act of 1964, the ADEA, and EPA prohibit employment discrimination based on age, race, color, religion, sex, and national origin. In early January 2015, I applied for the environmental scientist position. I have multiple peer-reviewed publications and newspaper report to demonstrate that I have used cutting-edge technology to investigate water quality, nitrogen and phosphorus redox cycling in water column and sediments, harmful algal bloom and fish kill in lake and estuaries. I have had mooring project experience. I was more qualified for the position. But the defendant hired a young male Caucasian with a master's degree. Therefore, the defendant discriminated against my age, sex, race, and national origin. I was harmed professionally, financially, and physically.

### Second Claim

(*Name the law or right violated*: Title VII of the Civil Rights Act of 1964, the ADEA, and EPA for employment discrimination)

(*Name the defendants who violated it*: David Senn/San Francisco Estuary Institute)

27.    In June 2016, I applied for an environmental scientist position but never got an interview. The defendant had three environmental scientists position advertisements in 2016, one for biogeochemist in June 2016, two for data analysts in August and October respectively. My expertise fit the biogeochemist position description very well. I have multiple peer-reviewed publications to show that I have investigated biological, chemical and physical processes simultaneously in lake and estuaries, such as the causes of low dissolved oxygen events and their impacts on resident fish and

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

bottom-dwelling organisms; causes/effects of harmful algae and algal toxins on wildlife and humans; nutrient-related processes, including nutrient cycling, primary production, and oxygen consumption. The defendant hired two female Caucasian data scientists but cancelled the biogeochemist position that I applied. The defendant discriminated against my age, race, and national origin. I was harmed professionally, financially, and physically.

### Third Claim

(*Name the law or right violated*: Title VII of the Civil Rights Act of 1964, the ADEA, and EPA for employment discrimination)

(*Name the defendants who violated it*: David Senn/San Francisco Estuary Institute)

28.    While I was browsing on sfei.org in January 2021, I found a file by a young female Caucasian employee showing the preliminary data she got for denitrification. To my disbelieve, she was doing what I proposed to do voluntarily but was declined by the defendant. When I emailed the defendant ideas and my willingness to volunteer, the defendant thanked my ideas but refused my volunteering. He replied to me "Thanks for sending along your ideas. Interesting. Your study ideas about related to closely examining redox processes at the sediment:water interface are interesting. Unfortunately, even though I realize you have proposed volunteering, our program doesn't have the resources to support the sediment core sampling aspects of such a project, or the lab facilities to support the project." This employee certainly got all the resources she needed, such as sediment core sampling, lab facilities as well as several people helping her. I suspected that this was an irregular hiring because I didn't see job advertising on public job board. I was extremely hurt reading her document. If I were given the opportunity, I would have used the cutting-edge voltametric electrodes to determine oxic/anoxic interface in the estuary so the development of benthic hypoxia or anoxia would have been detected in time. My peer-reviewed publications indicate that phosphate generated during anoxia promotes Heterosigma akashiwo, which formed massive blooms in San Francisco Estuary in 2022 and 2023. Investigating phosphorus is very important because it has been retained in the sediments due to iron-phosphorus-sulfur redox cycling as it was proved in my peer reviewed publications. The defendant as a leading scientist has no scientific integrity. The hiring of this employee only demonstrates a white man's power and a white woman's privilege. The defendant

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

discriminated against my age, race and national origin. I was harmed professionally, financially. It has adversely affected my health ever since.

### Forth Claim

(*Name the law or right violated*: Title VII of the Civil Rights Act of 1964, the ADEA, and EPA for employment discrimination)

(*Name the defendants who violated it*: David Senn/San Francisco Estuary Institute)

29.   In January 2021, I applied for a project manager and senior scientist position for the Nutrients Project. Because I felt I was discriminated so I emailed the defendant to remind him that my expertise was useful for the Nutrients Projects and asked him to support my application. I never got an interview. I am certain that this position was also an irregular hiring because the advertisement was on the website of the defendant's institute, not public job board. Also, this employee was already working with people in the defendant's institute before the hiring. The employee hired (the defendant indicated a mixed-race female) may have management skills, but her work was focused on pesticides. It seems that this employee had only worked with the defendant for one year from March 2021 to March 2022. I believe I was well qualified for the position because I have much more knowledge in nutrients biogeochemistry, harmful algal blooms, fish kills, benthic organisms' ecology, plant biogeochemistry, as well as cutting-edge technology. I had experience working with government officials, local environmental organizations, and the public. I have taken lead in several projects bringing about many peer-reviewed publications. The defendant discriminated against my age, race, and national origin. I was harmed professionally, financially, and physically.

### Fifth Claim

(*Name the law or right violated*: Title VII of the Civil Rights Act of 1964, the ADEA, and EPA for employment discrimination)

(*Name the defendants who violated it*: David Senn/San Francisco Estuary Institute)

30.   On October 13, 2021, I applied for an environmental scientist position for sensor technology but still no interview. My voltammetric microelectrodes are the most important sensors for the Nutrients Project. Another young male Caucasian was hired who studied bivalves. I have

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

multiple peer-reviewed publication for bivalves' ecology and biogeochemistry in extreme environments with large data set. I also modeled chemical speciation consumption in acid mine drainage biofilms. As above mentioned, I have extensive experience in water quality, harmful algal blooms, fish kills as well as cutting-edge technology and modeling. Therefore, I was more qualified for this position. The defendant discriminated against my age, race, sex and national origin. I was harmed professionally, financially, and physically.

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

31.     WHEREFORE, the plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees. I request the defendant stopping using my ideas for his personal gain. I request the defendant to compensate for my professional and financial loss in the past and in the future, as well as the adverse impact on my health. The defendant should also be punished for his repeated intentional discrimination against me to deter his future illegal hiring practices.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:    10/01/2023          Sign Name:    *Shufen Ma*

Print Name:    Shufen Ma

COMPLAINT

PAGE ____ OF ____ *[JDC TEMPLATE – 05/17]*

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:    **Shufen Ma**<br>        **1068 Kains Ave, #5**<br>        **Albany, CA 94706** | From:    **Los Angeles District Office**<br>          **255 East Temple St, 4th Floor**<br>          **Los Angeles, CA 90012** |

On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 37A-2022-02465 | **KARRIE MAEDA,**<br>**State, Local & Tribal Program Manager** | 12137853002 |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA):* *You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA* **must be filed in federal or state court** ***WITHIN 90 DAYS*** **of your receipt of this Notice.** *Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA):* *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that* ***backpay due for any violations that occurred*** ***more than 2 years (3 years)*** ***before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Christine Park-Gonzalez
08/15/2023

Enclosures(s)

**Christine Park-Gonzalez**
**District Director**

cc:    **Joseph Lordan**
       **333 Bush Street, Suite 1100**
       **San Francisco, CA 94104-2875**