UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFEN MA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO ESTUARY INSTITUTE,<br><br>　　　　Defendant. | Case No. 23-cv-05060-JCS<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 56 |

Plaintiff brings a motion for leave to amend her complaint ("Motion") in order to include additional factual allegations in connection with the single failure to hire claim the Court has permitted to proceed past the pleading stage in this case. In particular, the proposed amendments add facts about Defendant offering another individual one portion of the Environmental Scientist position after the person hired advised Defendant that he would prefer to focus on another portion of the position. The facts Plaintiff seeks to add do not change the theory of her claim, which the Court has already found was sufficiently pled under the notice-pleading standard of Fed.R.Civ.P. 8(a). Furthermore, Defendant concedes that it "is already on notice of her allegations" and that "Plaintiff need not amend her complaint to present these additional facts in support of her failure to hire claim via motion or at trial." Dkt. no. 57 at 5. Thus, permitting Plaintiff to amend her complaint for a third time will not meaningfully change Plaintiff's case even while it will delay the case and require Defendant to incur additional time and expense answering the amended complaint. Under these circumstances, the Court finds that permitting Plaintiff to amend her

complaint is not in the interest of justice under Fed.R.Civ.P. 15(a)(2). The Motion is DENIED.[1]

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c).