1

2                     UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5    SHUFEN MA,                              Case No.  23-cv-05060-JCS
                    Plaintiff,
6
7         v.                                 **ORDER RE ADMINISTRATIVE
                                             MOTIONS TO SEAL**
8    SAN FRANCISCO ESTUARY
     INSTITUTE,                              Re: Dkt. Nos. 54, 55
9
                    Defendant.

10

11          In connection with Plaintiff's motion for leave to file a third amended complaint, the

12   parties have filed administrative motions asking the Court to seal materials designated as

13   confidential by San Francisco Estuary Institute ("SFEI").  In Plaintiff's sealing motion (dkt. no.

14   54), Plaintiff asked the Court to file certain paragraphs of the proposed Third Amended Complaint

15   under seal based on SFEI's designations.  In SFEI's sealing motion (dkt. no. 55), it asked the

16   Court to seal certain underlying documents referenced in the proposed Third Amended Complaint,

17   apparently believing that Plaintiff planned to file these documents as exhibits in support of her

18   motion for leave to amend and reference them therein.  Plaintiff did not do so, however.

19   Therefore, SFEI's motion is DENIED as moot.  As to Plaintiff's sealing motion, SFEI was

20   required under Civil Local Rule 79-5(f)(3) to file a response within seven days addressing

21   Plaintiff's proposed redactions to the Third Amended Complaint.  SFEI has not done so.

22   Therefore, SFEI shall, by **February 28, 2025**, file a response to Plaintiff's sealing motion

23   addressing whether the specific material in the proposed Third Amended Complaint that Plaintiff

24   has sought to seal based on SFEI's designations should be filed under seal.

25          **IT IS SO ORDERED.**

26   Dated:  February 21, 2025

27                                           _____

28                                           JOSEPH C. SPERO
                                             United States Magistrate Judge