UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFEN MA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO ESTUARY INSTITUTE,<br><br>　　　　　　Defendant. | Case No. 23-cv-05060-JCS<br><br>**ORDER DENYING MOTION FOR DISCOVERY SANCTIONS**<br><br>Re: Dkt. No. 67 |

　　　　Plaintiff brings a motion seeking an order requiring Defendant San Francisco Estuary Institute ("SFEI") to show cause why it should not be sanctioned for failing to comply with this Court's Order dated March 20, 2025 ("Motion"). Plaintiff asks the Court to impose as a sanction a factual finding that David Senn was the decisionmaker who denied Ma's application and to order the retention of a forensic expert at SFEI's expense to search SFEI's computer network for responsive documents. The Court addressed the Motion at the May 15, 2025 Case Management Conference. It expressed concern about possible shortcomings in SFEI's efforts to comply with the March 20, 2025 Order and ordered SFEI to file supplemental declarations addressing the Court's concerns. Among other things, the Court sought additional information relating to the 755 responsive documents SFEI discovered, in the course of preparing its response to the Motion, that should have been produced earlier but had not been. Those documents were produced to Plaintiff in early May, 2025, after the Motion was filed.

　　　　SFEI has now provided supplemental declarations from its counsel (Allison Cardenas), Program Director David Senn and Managing Director Jen Trudeau describing their discovery efforts and explaining how the 755 responsive documents came to be overlooked. Having reviewed the supplemental declarations, the Court concludes that while SFEI's earlier search

efforts were flawed and its compliance with the Court's March 20, 2025 Order incomplete at the time Plaintiff filed the Motion, it has now performed a diligent search and has complied with that Order. The Court is satisfied that shortcomings in SFEI's production were not intentional and that Plaintiff will not be prejudiced by SFEI's delay in complying with the Court's Order as the dispositive motions filing date is still several months away. Therefore, the Court concludes that the relief requested by Plaintiff is unwarranted. The Motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 4, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2