UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFEN MA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO ESTUARY INSTITUTE,<br><br>　　　　　　Defendant. | Case No. 23-cv-05060-JCS<br><br>**ORDER DENYING MOTION FOR DISCOVERY, MOTION TO COMPEL**<br><br>Re: Dkt. Nos. 77, 81 |

On June 4, 2025, the Court issued an Order Denying Plaintiff's Motion for Discovery Sanctions, concluding that "while SFEI's earlier search efforts were flawed and its compliance with the Court's March 20, 2025 Order incomplete at the time Plaintiff filed the Motion, it has now performed a diligent search and has complied with that Order." Dkt. 74. Soon thereafter, Plaintiff filed a Renewed Motion to Compel Production of Phone Records Based on False Declaration, dkt. no. 77, followed by a Motion to Compel Production of Communications Regarding Lisa Hunt's Hiring and Institutional Discrimination Scheme, dkt. no. 81. Plaintiff has not established that Senn has made any false statements or that the discovery she seeks from SFEI is reasonable and proportionate to the needs of the case in light of the discovery she has already obtained. GOOD CAUSE appearing, the motions are DENIED. While the Court declines SFEI's request for the imposition of discovery sanctions *sua sponte* based on Plaintiff's harassing discovery motions, SFEI may, of course, bring such a motion pursuant to the Federal Rules of

Civil Procedure and this Court's local rules. The Motion hearing noticed for **August 6, 2025** is vacated.

**IT IS SO ORDERED.**

Dated: July 17, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2