UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFEN MA,<br><br>          Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO ESTUARY INSTITUTE,<br><br>          Defendant. | Case No. 23-cv-05060-JCS<br><br>**ORDER STRIKING DOCKET NO. 103 AND DENYING WITHOUT PREJUDICE DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dkt. nos. 103, 105 |

        Plaintiff has included in her Opposition brief and exhibits, dkt. no. 103 and 103-1,which were filed on the public docket on October 8, 2025, unredacted information that was designated as confidential by Defendant SFEI. *See generally* dkt. nos. 105, 106. In doing so, she has violated the protective order in this case and this Court's local rules governing the filing of information designated as confidential by another party, which required that she file a motion to consider whether another party's material should be sealed at the time she filed the documents. *See* Civil L.R. 79-5(b), (f). SFEI, in turn, has filed a motion to seal the materials designated as confidential that are disclosed in Plaintiff's documents, *see* dkt. no. 105 ("SFEI Sealing Motion") but has not complied with the requirements of Rule 79-5(b) with respect to supplying a narrowly tailored order or attaching redacted and unredacted documents as exhibits to the sealing motion. Rule 79-5(c), (d), (e).

        Accordingly, the Court STRIKES docket no. 103 and all attachments thereto and DENIES the SFEI Sealing Motion without prejudice. Plaintiff is ORDERED to refile her Opposition papers, along with a sealing motion that complies with Rule 79-5(f), no later than **October 23, 2025**. Plaintiff is reminded that her sealing motion must include as attachments redacted and unredacted copies of the documents that include material designated as confidential by SFEI and

that the latter must be filed under seal.  In addition, she must provide "a proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed."  Civ. L.R. 79-5(c)(3).  Plaintiff may not make any modifications to the materials she has already filed *except* redactions necessary to comply with this Order and the requirements of the protective order and Civil Local Rule 79-5.  SFEI's responsive statement in support of sealing material designated as confidential will be due on **October 30, 2025**, pursuant to Rule 79-5(f)(3).

This Order does not change the deadline for SFEI's summary judgment reply brief, which remains due on October 23, 2025.

**IT IS SO ORDERED.**

Dated:  October 16, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2